FILED

05/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0577

_____

THE FRIENDS OF LAKE FIVE, INC.,
and WARD E. "MICK" TALEFF,

      Petitioners and Appellees,

  v.

FLATHEAD COUNTY COMMISSION;
FLATHEAD COUNTY, MONTANA;

      Respondent and Appellee,

  and

SUSAN DIETZ, Individually and Trustee of
G&M TRUST,

      Respondent and Appellant.

_____

O R D E R

      Pursuant to Appellant Susan Dietz's motion for extension of time to file her reply brief and good cause appearing,

      IT IS HEREBY ORDERED that Appellant has until June 26, 2023, to file her reply brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2023